IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5: 06-MJ-05-06 (CWH) |
| DWIGHT L. HIRSCHINGER, | **VIOLATIONS:** DUI, Etc. |
| Defendant | |

### O R D E R

Upon consideration of the motion of the United States (Tab #20) seeking a continuance of the non-jury trial of the above-captioned matter from January 17, 2007, and for cause shown,

IT IS ORDERED AND DIRECTED that said motion be, and it is, GRANTED. However, the court will not set a new trial date at this time until further consultation with counsel for the government and counsel for the defendant.

SO ORDERED AND DIRECTED, this 12th day of JANUARY, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE